COURT
OF APPEALS

                                                 SECOND
DISTRICT OF TEXAS

                                                                FORT
WORTH

 

                                                 NO.
2-10-054-CV

 

JEANNA NICOLE ARNOLD                                      APPELLANT AND APPELLEE

 

                                                             V.

 

MATTHEW PRICE                                                   APPELLEE
AND APPELLANT

 

                                                        ----------

              FROM THE 324TH DISTRICT COURT OF
TARRANT COUNTY

                                                        ----------

                     MEMORANDUM
OPINION[1]
AND JUDGMENT

                                                        ----------

We
have considered AAppellee=s
Motion To Dismiss Cross Appeal,@
filed by Matthew Price.  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
cross-appeal of Matthew Price.  See
Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs
of the cross-appeal shall be paid by the appellee, for which let execution
issue.  See Tex. R. App. P. 43.4.

PER
CURIAM

PANEL:  LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

 

DELIVERED:  April 15, 2010











[1]See Tex. R. App. P. 47.4.